IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**WEB SOUTH PRINTING, INC.** **PLAINTIFF**

VS.    CIVIL ACTION NO.: 3:04-CV-256BN

**WANT ADS OF PENSACOLA, INC.** **DEFENDANTS**

### FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure and the Administrative Order of Dismissal entered in this case on this day, this action is hereby dismissed, without prejudice.

SO ORDERED this the 16th day of February, 2006.

s/ William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE